## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA ⟩

v. ⟩ Criminal Action No. 26-37 (RBW)

DEANGELO PALMER, ⟩

Defendant. ⟩

## ORDER

Upon consideration of the defendant's Motion for Extension of Time to File Motion to Suppress, ECF No. 14, and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion for Extension of Time to File Motion to Suppress, ECF No. 14, is **GRANTED**. It is further

**ORDERED** that, on or before March 30, 2026, the defendant shall file his motion to suppress. It is further

**ORDERED** that, on or before April 20, 2026, the government shall file its response in opposition to the defendant's motion to suppress. It is further

**ORDERED** that, on or before April 27, 2026, the defendant shall file his reply in response to the government's opposition.

**SO ORDERED** this 18th day of March, 2026.

REGGIE B. WALTON
United States District Court Judge